DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. GRESHAM

No. 104 PC.

Case below: 28 N.C. App. 730.

Petition for discretionary review under G.S. 7A-31 allowed 3 May 1976.

STATE v. HUGHES

No. 22.

Case below: 29 N.C. App. 183.

Motion of Attorney General to dismiss appeal for failure to comply with rules allowed 3 May 1976.

STATE v. HUNTER

No. 99 PC.

Case below: 27 N.C. App. 534.

Petition for writ of certiorari to North Carolina Court of Appeals denied 15 April 1976.

STATE v. McGEE

No. 110 PC.

Case below: 28 N.C. App. 729.

Petition for discretionary review under G.S. 7A-31 denied 3 May 1976.

STATE v. PARKS

No. 107 PC.

Case below: 28 N.C. App. 703.

Petition for discretionary review under G.S. 7A-31 allowed 3 May 1976.